No. 12–5706. DILLARD v. BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK. C. A. 10th Cir. Certiorari denied.

No. 12–5711. SMILES v. LAVIGNE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5715. DIALLO v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 12–5716. CHILDERS v. OHIO. Ct. App. Ohio, Fairfield County. Certiorari denied.

No. 12–5721. WILLOUGHBY v. LINDAMOOD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5729. ALLEN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 12–5737. BLANCO-AVALOS v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 12–5738. WILLIAMS v. UNITED STATES MARSHALS SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–5748. CARTER v. WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5750. BASSETT v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 12–5752. ZUNIGA v. MCDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5758. MASON v. BRUNSMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5759. JONES v. OCHOA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5763. WOLCOTT v. DIAZ, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5778. BLACH v. DOVEY, DIRECTOR, ADULT INSTITUTIONS, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.